United States of America

v

Michael A Wood

The Honorable

John C Coughanour

No. CR20-092-JCC

Answer to the
governments response
(1st Articulate claim)

Your Honor, I really need the appointment of counsel. The government continues to admit disputable facts in their responses. There is undisputable medical conditions & other factors that support compassionate release. I know my history weighs against release, But I Believe that the fact my current conditions due to Denied & Delayed care & 3 yrs of pain, suffering & irreparable damage ATleast Balances the harms & warrant Home confinement ATleast.

There can be no further faith given to the BOP to provide care. They have been saying for 3 yrs now that im receiving care or am being seen for my conditions. But as can be seen in my previously submitted exhibits "no" treatment has been given, Because the BOP cant seam to get me to over 1/2 appointments to see neurologist, optometrist & physical therapy over the last 3 yrs. How can they say the next 2 yrs will be different. They make it sound as if I was late to my appointments these

are all outside care facilities. They can't even pay for my medical costs. I got mailed my neurologist bill because they didn't pay it.

Your Honor, there are also minor inaccuracies I'd like to address in the governments/probations responses

1) The fact of how & when I was injured, I do not understand why the government continues to contest my claims & make it a point to say they don't acknowledge my claim. If they are not conferring with the U.S Attorney who is representing my civil claim. It would be a conflict but also almost negligent if they didn't.

The 1st 5 min audio taken by the detectives I "clearly" state my shoulder was moved, where the audio was stopped to address my condition. The US Marshals audio video & photo evidence disappeared. This is all easily resolvable. Ask the Mason County Sheriff who found me if I said I was injured & if that is why they used a dog leash to pull me up the cliff resulting in my disabled shoulder that now requires surgery for delayed care. Ask the arresting Marshals under oath if I fell off the cliff & did I ever say I was injured? Ask the Marshal that transported me to SeaTac if he told the nurse I had been hurt? Which brings up #2

2) The Marshal informed the intake nurse I had suffered a hand injury & loss consciousness & suffered other injury

This is clearly in the intake report that I provided in the previous exhibits

3) Probation made some mistakes about my family my 23 yr old son that doesn't want nothing to do with me works & lives at my dads. My 24 yr old son was in fact living with me & my girlfriend at her apartment & on the property where I was arrested, you can ask Tamish Gilbert my probation officer at the time he does have Schizophrenia & is now homeless in & out of Kitsap County Jail for mental illness & after my arrest he stayed with my x-girlfriend off & on till her house burned down few months ago. I do have a relationship with my 13 yr old son I was staying with him & my ex-wife till my violation this to can be confirmed with my probation officer Matthew Daniels my 24 yr old son I dont care if after 18 yrs I wasn't the father according to DNA. I am his dad I'm on his birth certificate his name is Kane Michael Wood. We need eachother right now I'm physically & medically disabled & he has mental illnesses we balance eachother

I hate to nit pick these small issues but I've learned when I dont the incorrections get used against me to discredit what I'm saying

I have sent the courts a more viable release plan & address. Me & my father had a misunderstanding or there was a change of heart. I have a real hard time

with my speech & I get frustrated by not being able to express what I'm trying to say so I dont use the phone but once every 2 months. But my Adress I provided is good Adress with care givers.

I Dont understand what objective would be Achieved At this point by going to A Medical facility. I would racieve Actual care on home Detention & not be such a burden on tax payers. no matter what my condition is expected to get worse & the people willing to take custody & care of me would be better suited to take me now & Begin giving care I Believe home Detention would still support respect for the law.

Its more than Just my Disability/mobility that prevents me from reoffending or Being the person I was. I rely on A Caregiver to Do anything I cant wheel myself Due to my Shoulder, I can Barely talk, my vision impairment is crazy, Im in cognitive decline The warden knows this through interaction thats why he put it in his Approval for release.

I pray that you see my struggle for 3 yrs to get care your honor I Apologize if this is to long or if I wasn't supposed to respond

Michael Wood    4-02-24

My Apology

    I can't say anything that can excuse my actions & the life ive lived. I know that in supporting my own selfish addiction ive caused destruction & chaos in my community. Ive left my children fatherless for my elderly parents to raise, sacraficing their retirement so they had a home. My current condition is a reflection of the destruction i have left behind me. I know what happend to me on the day of my arrest & since my incarceration. It has changed my whole outlook on life & this world. My respect for life, GOD, family & community has grown to a whole new level. I was taking courses through collage programs in hopes of becoming a cansalor. But the truth is i have a long road of recovery myself before i can help others. But maybe my story & condition can open eyes of others before they make the same choices I did. I prayed your Honor for this chance & it was answered thus so far when I recieved the only compassionate release approval ever seen at Victorville by a warden. I know this is only step one, but why would GOD answer only half my prayer. Ive prayed for Home Detention, to see my DAD & mom again, my sons forgiveness every morning, afternoon & night. Although my disabilities & madical conditions are a major deterant of re-offending the biggest deterent is my willingness

want & need to try & enjoy as much life as I can. My medical records don't contain the insight and personal opinions made by the C/D & P/T who told me that my condition will probally progress & I wont ever recover complete mobility. This has been a mental strain like nothing I've ever faced. I've Always had my health & love for outdoors & activities, playing with my Dog. The truth all those days & my old ways are a thing of the past. I Apologize to Any & everyone I have ever hurt or wronged & Beg & pray for forgivness

I pray & pray your Honor will let me finish my sentance on Home confinement which would equal more than if I remain incarcerated where after FSA, SCA & RDAP which will knock 3.yrs off my sentance making me algible for release in February 2026 less than 2yrs

Your Honor my records don't portray the reality of My condition & Decline. There is something so much more going on I'm losing the grasp of reality. I want to see my parents children & DOG Before its to late I pose no risk or threat to no one like this & I wont get better. Everything relies on proper care to slow the progression something I wont get in the BOP. I Dont want some stranger helping me get

Dressed Shower & eating. Right now I have a real good friend willing to take care of me for the rest of my life. I am so scared that if I remain in here to finish my time something might change to where I'll have to reside in a convalescent home. I'm so scared. even if she is still there how bad will I be will I be 100% reliant on her? right now I can do a little bit to help

Thank you   your Honor

GODS Great
naked I came from my mothers womb
and naked I will Depart
The Lord has given
and the lord has taken away
may the name of the Lord be PRAISED
AMEN

Aqual Laracwna Institution #1
Michael Wood
32370 086 A-L
Po Box 3725
Adlanto CA 92301

FILED
LODGED
RECEIVED

APR 08 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

MAIL

98101-443999

SN BERNARDINO CA 923
3 APR 2024 PM 7 L

U.S District Court
Clerk of Court
700 Stewart Street rm 2310
Seattle WA 98191

