

FILED
LODGED
RECEIVED

APR 15 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

United States District
Court Western District Washington

United States Of America

v

Michael A Woods

The Honorable
John C Coughanour
No. CR20-0092-JCC-14
Motion To Appoint
Counsel

Your Honor Im praying you will grant my motion to Appoint counsel. This case has merit with the likely hood to succeed Carmona v U.S Bureau of prisons 243 F.3d 629 632 (2d cir 2001) The fact the warden has "Approved" my compassionate release shows my motion has merit. I am pending transfer where it takes months to recieve property that contains All my legal material & Discovery needed to effectualy file my supplemental respanse Tucker v randall 948 F.2d 388 391-92 (7Th cir 1991) where counsel was Appointed because transfer impaded the litigants Ability to Access Discovery. My Disabilities pose Difficulty In Writing filing & investigating information needed to file my response. If transfered I will lose the help from the Inmates who have been helping me I will need expert opinion Greeno v DAley 414 F.3d 645 658 (7th cir 2005) where an expert opinion was needed to Assess the extent of Damage as a result of untimely & inadequate Medical

etc. The medical complexity is where it seems my motion is being based of the BOP ability to provide future care not the "FACT" that its based off the pain suffering & disabilities that I'm unexpected to recover from because of the untimely & inadequate care over the last 3 yrs in BOP custody. This is also a fact admitted by the BOP own clinical director DR Peikar who stated all these current conditions are directly related to the injuries sustained during arrest in June 2021 "AS I Have Claimed"

These are All grounds to support Appointing counsel. I believe that it would make sense to Appoint

Jason Saunders
1000 Second Ave Suite 3140
Seattle wa 98104
206 332 1280

who is Already representing me in another motion regarding this case. He is up to speed & familiar with my case & this motion & willing to represent me. This would lessen my strain on the courts & tax payers

Thank you your Honor
Michael wood
4-4-24

Name: Michael Wood
Reg #: 52570 086
Federal Correctional Institution #1
P.O. BOX 3725
ADELANTO, CA 92301

LEGAL
MAiL

SN BERNARDINO CA 923

12 APR 2024 PM 4 L

FILED
LODGED
RECEIVED

APR 15 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

98101-444285

U S DiST COURT
CLERK OF COURT
700 STEWART ST #2310
Seattle WA 98101